## WATSON, Mayor, v. GILL.

No. 10513—Opinion Filed July 8, 1919.

Error from District Court, Pittsburg County; R. W. Higgins, Judge.

Mandamus by Gus A. Gill, for himself and for others similarly situated, against P. D. Watson, as Mayor of the City of McAlester, Pittsburg county, state of Oklahoma. Judgment for plaintiff, and defendant brings error. Dismissed.

Wm. H. Scott, for plaintiff in error.

Horton & Gill, Fuller & Porter, and Andrews & Anderson, for defendant in error.

OWEN, C. J. This proceeding in error is from a decree of the district court of Pittsburg county awarding peremptory writ of mandamus. By the writ, P. D. Watson, as mayor of the city of McAlester, was directed to issue forthwith his proclamation calling an election to be held at the regular election in the city of McAlester, on the first Tuesday of April, for the purpose of submitting to the qualified voters certain proposed amendments to the city charter.

It appears the judgment of the district court was not superseded, and the plaintiff in error issued the proclamation, the election was held, and the question submitted to the voters. Therefore this proceeding presents nothing but a hypothetical question for the determination of the court.

Upon the authority of the case of Farquharson v. State ex rel., 26 Okla. 767, 110 Pac. 909, the appeal is dismissed.

KANE, RAINEY, HARRISON, and JOHNSON, JJ., concur.